UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

Eastern District of Kentucky
**FILED**

APR 19 2016

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INFORMATION NO. 16-6-KKC
18 U.S.C. § 666(a)(1)(B)

TIMOTHY M. LONGMEYER

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

## BACKGROUND

During the period of twelve consecutive months between October 1, 2014 and September 30, 2015:

1. TIMOTHY M. LONGMEYER was the Secretary of the Kentucky Personnel Cabinet. As Secretary, LONGMEYER was the Personnel Cabinet's chief executive and was an agent of the Commonwealth of Kentucky, a state government within the perview of 18 U.S.C. § 666(a)(1). The Commonwealth of Kentucky received benefits in excess of $10,000 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of federal assistance, within the meaning of 18 U.S.C. § 666(b).

2. The Personnel Cabinet held responsibility for the administration of pay and benefits for employees of the Commonwealth of Kentucky. This included responsibility over the Kentucky Employees' Health Plan (hereinafter, "KEHP"). Under the KEHP, the

Commonwealth of Kentucky contracted with private health insurance companies, including Humana, Inc. (hereinafter, "Humana") and Anthem Blue Cross Blue Shield (hereinafter, "Anthem"), to provide health care coverage to Commonwealth employees and their dependents.

3. LONGMEYER abused his official position and his authority over the KEHP to secure cash and other things of value through a kickback scheme. LONGMEYER developed the scheme with a private consultant who offered his services to perform focus groups and telephone surveys for Humana and Anthem.

4. As part of the offense, in Franklin County, in the Eastern District of Kentucky, LONGMEYER used his position to persuade Humana and Anthem to retain the consultant for focus groups and telephone surveys with KEHP participants. For each project, the consultant then agreed upon a scope of work with Humana or Anthem and billed Humana or Anthem for the work described. LONGMEYER then ensured that Humana and Anthem received compensation, from state funds, for their payments to the consultant.

5. As part of the offense, LONGMEYER solicited, agreed to accept, and accepted kickbacks from the consultant in exchange for LONGMEYER's assistance in persuading Humana and Anthem to hire the consultant. LONGMEYER and the consultant agreed on a kickback amount for each payment that the consultant received from Humana or Anthem. LONGMEYER and the consultant contemplated that the consultant would convert the payments received from Humana and Anthem into cash. In

most circumstances, the consultant provided that cash directly to LONGMEYER. In some circumstances, LONGMEYER directed the consultant to use the cash to fund illegal conduit contributions to certain political campaigns and to provide those contribution checks to LONGMEYER as part of the kickback.

6. As part of the offense, in or about November 2014, LONGMEYER solicited and agreed to accept approximately $90,000.00 derived from funds that the consultant received from Humana. On or about November 13, 2014, the consultant received a payment from Humana in the amount of $118,800.00. LONGMEYER then accepted the following things of value from the consultant on or about the following dates:

| Approximate Date | Amount | Form |
|---|---|---|
| 11/21/14 | $7,000.00 | Cash |
| 11/28/14 | $3,500.00 | Cash |
| 12/5/14 | $3,500.00 | Cash |
| 12/8/14 | $3,500.00 | Cash |
| 12/18/14 | $3,500.00 | Cash |
| 12/18/14 | $10,500.00 | Cash |
| 12/19/14 | $10,500.00 | Cash |
| 12/24/14 | $3,500.00 | Cash |
| 1/4/15 | $3,500.00 | Cash |
| 1/8/15 | $3,500.00 | Cash |
| 1/16/15 | $3,500.00 | Cash |
| 1/21/15 | $3,500.00 | Cash |
| 1/26/15 | $3,500.00 | Cash |
| 2/6/15 | $3,500.00 | Cash |
| 2/13/15 | $3,500.00 | Cash |
| 2/20/15 | $14,000.00 | Cash |
| 2/27/15 | $6,000.00 | Cash |
| **TOTAL** | **$90,000.00** | |

7. As part of the offense, in or about December 2014, LONGMEYER solicited and agreed to accept approximately $100,000.00 derived from funds that the consultant received from Humana. On or about December 23, 2014, the consultant received two payments from Humana, in the amounts of $158,400.00 and $59,400.00. LONGMEYER then accepted the following things of value from the consultant on or about the following dates:

| Approximate Date | Amount | Form |
|---|---|---|
| 2/27/15 | $5,000.00 | Cash |
| 3/6/15 | $5,000.00 | Cash |
| 3/6/15 | $2,000.00 | Conduit Campaign Contribution |
| 3/12/15 | $5,000.00 | Cash |
| 3/12/15 | $1,000.00 | Conduit Campaign Contribution |
| 3/18/15 | $5,000.00 | Cash |
| 3/26/15 | $5,000.00 | Cash |
| 4/2/15 | $5,000.00 | Cash |
| 4/17/15 | $5,000.00 | Cash |
| 4/17/15 | $5,000.00 | Cash |
| 4/24/15 | $5,000.00 | Cash |
| 4/30/15 | $5,000.00 | Cash |
| 5/5/15 | $5,000.00 | Cash |
| 5/18/15 | $5,000.00 | Cash |
| 5/24/15 | $5,000.00 | Cash |
| 5/28/15 | $3,000.00 | Conduit Campaign Contribution |
| 5/28/15 | $5,000.00 | Cash |
| 6/8/15 | $5,000.00 | Cash |
| 6/12/15 | $5,000.00 | Cash |
| 6/19/15 | $5,000.00 | Cash |
| **TOTAL** | **$91,000.00** | |

8. As part of the offense, in or about September 2015, LONGMEYER solicited and agreed to accept approximately $22,500.00 derived from funds that the

consultant received from Anthem. On or about September 29, 2015, the consultant received a payment from Anthem in the amount of $48,000.00. LONGMEYER then accepted the following things of value from the consultant on or about the following dates:

| Approximate Date | Amount | Form |
|---|---|---|
| 10/2/15 | $5,000.00 | Cash |
| 10/9/15 | $17,500.00 | Cash |
| **TOTAL** | **$22,500.00** | |

9. During the relevant timeframe, LONGMEYER thus solicited and agreed to accept $212,500.00 from the consultant in exchange for LONGMEYER's assistance in securing work from Humana and Anthem. During the same timeframe, LONGMEYER accepted $197,500.00 in cash and $6,000.00 in conduit campaign contribution checks from the consultant.

## COUNT 1
## 18 U.S.C. § 666(a)(1)(B)

10. The allegations contained in the Background section above are restated and incorporated herein by reference.

11. In the period of twelve consecutive months between October 1, 2014 and September 30, 2015, in Franklin County, in the Eastern District of Kentucky, and elsewhere,

**TIMOTHY M. LONGMEYER,**

being an agent of a state government that received more than $10,000 of federal funds in a twelve month period, corruptly solicited, demanded, accepted, and agreed to accept things of value, intending to be influenced and rewarded in connection with business, a transaction, and a series of transactions of such government involving anything of value of $5,000 or more, all in violation of 18 U.S.C. § 666(a)(1)(B).

*[signature]*
**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 10 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:**  Mandatory special assessment of $100.

**PLUS:**  Restitution, if applicable.