# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# FRANKFORT

CRIMINAL ACTION NO. 3:16-CR-00006-KKC

UNITED STATES OF AMERICA                          PLAINTIFF

V.        **UNITED STATES'S MOTION TO UNSEAL AND FOR *IN CAMERA* REVIEW OF CERTAIN DOCUMENTS**

TIMOTHY M. LONGMEYER                        DEFENDANT

\* \* \* \* \*

The United States respectfully moves for an Order unsealing the documents filed in this matter as Docket Entries 9 and 24, for purposes of providing them to the defendant in *United States v. Sullivan*, 3:17-cr-00012-KKC. The United States also respectfully moves for an *in camera* review of the document filed in this matter as Docket Entry 19, to determine whether it should be partially unsealed for the same purpose.

                                               Respectfully submitted,

                                               ROBERT M. DUNCAN, JR.
                                               UNITED STATES ATTORNEY

                        By:    s/ Andrew T. Boone
                            Assistant United States Attorney
                            260 W. Vine Street, Suite 300
                            Lexington, Kentucky 40507-1612
                            (859) 685-4841
                            FAX (859) 233-2747
                            andrew.boone2@usdoj.gov

CERTIFICATE OF SERVICE

On June 12, 2018, I electronically filed this motion through the ECF system, which will send notice of filing to all counsel of record.

s/ Andrew T. Boone
Assistant United States Attorney