UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CRIMINAL NO. 3:16-06-KKC |
| **Plaintiff,** | |
| V. | **ORDER** |
| **TIMOTHY LONGMEYER,** | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

At the request of the United States, the Court has conducted an *in camera* review of the sentencing memorandum in this matter to determine whether portions should be unsealed for the defendant's use in *United States v. Sullivan*, 3:17-CR-00012-KKC. The Court has conducted the review and has provided a redacted copy to the defendant to be used only for his defense in *United States v. Sullivan*, 3:17-CR-00012-KKC. The redacted version has been filed as a Court's exhibit in the record of *United States v. Sullivan*, 3:17-CR-00012-KKC.

Dated June 13, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY